CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 8 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| W. CLARKSON MCDOW, JR., | ) | |
| UNITED STATES TRUSTEE | ) | Civil Action No. 7:09cv00336 |
| FOR REGION FOUR, | ) | |
| Appellant, | ) | Bankruptcy Case No. 08-71561RKR |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| DAVID V. DUDLEY, | ) | By: Samuel G. Wilson |
| Appellee. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, the United States

Trustee's appeal from the Bankruptcy Court is **DISMISSED** for lack of jurisdiction.

It is so **ORDERED**.

**ENTER:** This 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE