FILED: December 2, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1732
(7:09-cv-00336-sgw)
(08-71561)

_____

W. CLARKSON MCDOW, JR., United States Trustee for Region Four

Trustee - Appellant

v.

DAVID V. DUDLEY; ANNE M. DUDLEY

Debtors - Appellees

and

ROY V. CREASY; JOSEPH ANTHONY GUZINSKI, III; REBECCA CONNELLY

Trustees

_____

O R D E R
_____

The Court grants counsel's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk